**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Desert Hills Bank, )<br>           )<br>       Plaintiff, )<br>           )<br>v. )<br>           )<br>SPCP Group, L.L.C., et al., )<br>           )<br>       Defendants. )<br>           ) | No. CIV 06-2571-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation Regarding Extension of Time for Defendants to File Responsive Pleading. [Doc. No. 6]  Good cause appearing,

**IT IS ORDERED** parties' Stipulation Regarding Extension of Time for Defendants to File Responsive Pleading. [Doc. No. 6] is **GRANTED**.

**IT IS FURTHER ORDERED** that shall file their responsive pleading in this matter no later than **November 17, 2006**.

**DATED this 7th day of November, 2006.**

Stephen M. McNamee
United States District Judge