**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Desert Hills Bank, ) | No. CIV 06-2571-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| SPCP Group, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

On November 16, 2006, Plaintiff Desert Hills Bank notified the Court that their claims against Defendants Silver Point Capital, L.P., Dale Cooney and Teresa Cooney were voluntarily dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Accordingly,

**IT IS HEREBY ORDERED** that Defendants Silver Point Capital, L.P., Dale Cooney and Teresa Cooney are dismissed without prejudice from this action.

DATED this 17th day of November, 2006.

Stephen M. McNamee
United States District Judge