**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Desert Hills Bank, | ) | No. CIV 06-2571-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| SPCP Group, L.L.C., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice. [Doc. No. 15]  Good cause appearing,

**IT IS ORDERED** parties' Stipulation of Dismissal with Prejudice [Doc. No. 15] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 16th day of March, 2007.

Stephen M. McNamee
United States District Judge